IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00192-CMA-KLM

TRUDY BURRIS,

    Plaintiff,

v.

LEADING EDGE RECOVERY SOLUTIONS, L.L.C., an Illinois limited liability company,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Stipulation Of Dismissal With Prejudice (Doc. # 8), signed by the attorneys for the parties hereto, it is

ORDERED that this cause of action is hereby DISMISSED WITH PREJUDICE, each party to pay her or its attorney's fees and costs.

DATED: March  15 , 2010

                                              BY THE COURT:

                                              *[signature: Christine M. Arguello]*

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge